**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Daniel Wu

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

January 7, 2025

TO:    U.S. District Judge:

Mr. Daniel Wu was sentenced in the Northern District of California on August 19, 2020, to 24 months custody followed by three (3) years of supervised release by the Honorable Lucy H. Koh in Case Numbers: CR-16-00334-002 LHK and CR-16-00335-001 LHK for committing the offenses Count One: Conspiracy to Commit Visa Fraud, Mail Fraud, and Aggravated Identity Theft and to Defraud the United States, 18 U.S.C. § 371, a Class D Felony; Counts Two & Four: Visa Fraud, 18 U.S.C. § 1546(a), a Class C Felony; and Count Five: Mail Fraud, 18 U.S.C. § 1341, a Class C Felony. As a condition of his supervision, Wu was ordered to pay a $400 special assessment; $5,951,813 restitution (paid joint and several made in monthly payments of not less than $1,000 or at least 10% of earnings, whichever is greater); not maintain a position of fiduciary capacity without prior permission; not open any new lines of credit and/or incur new debt without prior permission; and provide access to any financial information.

On February 15, 2024, the Honorable James Donato, of the Northern District of California, modified Wu's conditions to include warrantless search.

On October 8, 2024, Wu commenced supervised release in the District of Nevada.

On December 2, 2024, the undersigned officer requested the transfer of jurisdiction for Wu from the Northern District of California. Wu appears to have adjusted well to supervision and has been free of any violations of supervision thus far.

On January 6, 2025, the Honorable Lucy Haeran Koh of the Northern District of California initiated the transfer of jurisdiction for Case Numbers: CR-16-00334-002 and CR-16-00335-001.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Wu's case. The Honorable Lucy Haeran Koh has agreed to relinquish jurisdiction

ADDENDUM TO PETITION (Probation Form 12)
RE: Daniel Wu

as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.01.14 09:00:14 -08'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.01.08 15:40:15 -08'00'

Steve M Goldner
Supervisory United States Probation Officer

| | | |
|---|---|---|
| PROB 22 (Rev. 04/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 0971 5:16CR00334 <br> DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Name <br> Daniel Wu <br><br> City, State <br> Las Vegas, Nevada | Northern District of California | Oakland |
| | NAME OF SENTENCING JUDGE <br> The Honorable Lucy H. Koh, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/08/24 — TO 10/07/27 |

OFFENSE

Count 1: 18 U.S.C. § 371 Conspiracy to Commit Visa Fraud, Mail Fraud, and Aggravated Identity Theft and to Defraud the United States; Counts 2 & 4: 18 U.S.C. § 1546(a) Visa Fraud; Count 5: 18 U.S.C. § 1341 Mail Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Wu appears to have adjusted well to supervision and has been free of any violations of supervision thus far. In order to address any violation conduct efficiently and expeditiously, and with the intent of Wu to remain in the District of Nevada for the duration of his supervision, transfer of jurisdiction is requested.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 6, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/2025
*Effective Date*

*United States District Judge*

Prepared by: 'cq

| PROB 22 (Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)* 0971 5:16CR00335 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of California | DIVISION Oakland |
|---|---|---|
| Daniel Wu | NAME OF SENTENCING JUDGE The Honorable Lucy H. Koh, U.S. District Judge | |
| Las Vegas, Nevada | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/08/24 | TO 10/07/27 |

**OFFENSE**

Count 1: 18 U.S.C. § 371 Conspiracy to Commit Visa Fraud, Mail Fraud, and Aggravated Identity Theft and to Defraud the United States; Counts 2 & 4: 18 U.S.C. § 1546(a) Visa Fraud; Count 5: 18 U.S.C. § 1341 Mail Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Wu appears to have adjusted well to supervision and has been free of any violations of supervision thus far. In order to address any violation conduct efficiently and expeditiously, and with the intent of Wu to remain in the District of Nevada for the duration of his supervision, transfer of jurisdiction is requested.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 6, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/2025
*Effective Date*

*United States District Judge*

Prepared by: 'cq